# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS R. STANDLEY,<br>Plaintiff,<br>v.<br>OFFICER HERRERA,<br>Defendant. | Case No. 1:26-cv-05108-BAM (PC)<br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE CDCR NOTICE OF E-SERVICE WAIVER<br>(ECF No. 13)<br>**CDCR Notice of E-Service Waiver Due: October 19, 2026** |

Plaintiff Curtis R. Standley ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendant Herrera for excessive force in violation of the Eighth Amendment.

On August 25, 2026, the Court ordered electronic service on Defendant and directed the California Department of Corrections and Rehabilitation ("CDCR") to file, within forty days, a Notice of E-Service Waiver advising the Court if Defendant would be waiving service of process without the need for personal service. (ECF No. 11.) The CDCR Notice of E-Service Waiver was due on or before October 5, 2026.

On October 2, 2026, CDCR filed a request for a 14-day extension of time to file the CDCR Notice of E-Service Waiver, due to pending authorizations for all defendants covered by the E-Service Order. (ECF No. 13.)

Having considered the request, the Court finds that there is good cause to grant the requested extension of time. The Court further finds that Plaintiff will not be prejudiced by the brief extension.

Accordingly, the request for an extension of time, (ECF No. 13), is HEREBY GRANTED. CDCR shall file the Notice of E-Service Waiver for Defendants on or before **October 19, 2026.**

IT IS SO ORDERED.

Dated: **October 7, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE